Justin L. Dewey, Esq.
Nevada Bar No. 14508
Tingey Injury Law Firm
817 S. Main Street
Las Vegas, Nevada 89101
Telephone: (702) 333·0000
Facsimile: (702) 333·0001
justin@tingeylawfirm.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUZANNE TAVANO,<br><br>    Plaintiff,<br>vs.<br><br>LAREL WEAVER,<br><br>    Defendant. | Case No: 2:19-CV-01635-APG-EJY |

<u>STIPULATION AND</u> ~~PROPOSED~~ <u>ORDER TO CONTINUE COURT ORDERED SETTLEMENT CONFERENCE</u>

  IT IS HEREBY STIPULATED by and between Plaintiff Suzanne Tavano, through her attorney, Justin L. Dewey, Esq. of the law firm Tingey Injury Law Firm, Defendant Larel Weaver, through her attorney Jason g. Martinez, Esq. of the Law Offices of Messner Reeves, to continue the Settlement Conference currently set for July 20, 2021 at 9:00 a.m., due to availability of the Court and the Parties.  The parties stipulate and agree that the settlement conference be rescheduled to August 17, 2021.

Dated this 19th day of May 2021.        Dated this 19th day of May 2021.

                           /s/ Jason G. Martinez

<u>/s/Justin L. Dewey</u>              _____
Justin L. Dewey, Esq.            Jason G. Martinez, Esq.
Nevada Bar No. 14508           Nevada Bar No. 13375
Tingey Injury Law Firm           Messner Reeves
817 S Main Street              8945 W Russell Rd, Suite 300
Las Vegas, NV 89101            Las Vegas, NV 89148

1

<u>ORDER</u>

IT IS HEREBY ORDERED that the parties request to continue the July 20, 2021 Settlement Conference (ECF No. 44) is GRANTED.

IT IS FURTHER ORDERED that the Settlement Conference shall be reset to be held on August 17, 2021 commencing at 9:00 a.m. Plaintiff must report to the chambers of the undersigned U.S. Magistrate Judge at 9:00 a.m. Defendant must report to the chambers of the undersigned at 9:30 a.m.

IT IS FURTHER ORDERED that the confidential Settlement Conference statement shall be due in chambers on August 10, 2021. Delivery shall be made electronically to Emily_Santiago@nvd.uscourts.gov. Except as stated herein, the prior terms of the Order (ECF No. 39) issued on March 8, 2021 remain in full force and effect.

IIT IS SO ORDERED.

Dated this  19th day of  May 2021

_____
ELAYNA J. YOUCHAH
U.S. MAGISTRATE JUDGE

*Prepared and submitted by:*
TINGEY INJURY LAW FIRM

/s/Justin L. Dewey
Justin L. Dewey, Esq.
Nevada Bar No. 15408
817 S Main Street
Las Vegas, NV 89101
Attorney for Plaintiff Suzanne Tavano

2