M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Jason G. Martinez, Esq.
Nevada Bar No. 13375
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada  89148
Telephone:     (702) 363-5100
Facsimile:      (702) 363-5101
E-mail: cmeyer@messner.com
           rfinch@messner.com
           jgmartinez@messner.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| SUZANNE TAVANO,<br><br>              Plaintiff,<br><br>vs.<br><br>LAREL WEAVER and DOES I through X, inclusive,<br><br>              Defendants. | CASE NO.  2:19-CV-01635-APG-EJY<br><br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW FOR REMOTE APPEARANCE OF DEFENDANT AND NATIONWIDE'S INSURANCE ADJUSTER** |

Defendant, Larel Weaver (hereafter, "Defendant"), by and through her attorneys of record, MESSNER REEVES LLP, and Plaintiff, Suzanne Tavano (hereafter, "Plaintiff") by and through her counsel of record, TINGEY INJURY LAW FIRM, stipulate and agree to the following:

1. This matter has a Settlement Conference scheduled for August 17, 2021.

2. Any form of travel for Defendant has proven to be a challenge as Defendant is recovering from a recent hospitalization.

3. Additionally, the Insurance Adjuster for Nationwide (Defendant's Insurance Carrier) is based out of California.

1

4. Furthermore, the recent rise in Covid-19 related illnesses has increased safety protocols regarding travel.

5. The parties hereto stipulate to allow for remote appearances of Defendant Weaver and the Insurance Adjuster for Nationwide Insurance.

DATED this 9th day of August, 2021.

**MESSNER REEVES LLP**

*/s/ Jason G. Martinez*

M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Jason G. Martinez, Esq.
Nevada Bar No. 13375
8945 West Russell Road, Suite 300
Las Vegas, Nevada  89148
*Attorneys for Defendant*

DATED this 9th day of August, 2021.

**TINGEY & TINGEY**

*/s/ Justin L. Dewey*

Justin L. Dewey, Esq.
Nevada Bar No. 14508
817 South Main St.
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**ORDER**

  **IT  IS  SO  ORDERED.**

  **IT IS FURTHER ORDERED that the Settlement Conference scheduled for August 17, 2021 shall commence at 9:00 a.m. via the Zoom video conference platform.  ALL parties shall contact Elvia Garcia, Courtroom Deputy for the undersigned Magistrate Judge, by 12:00 p.m. on August 12, 2021, at Elvia_Garcia@nvd.uscourts.gov, and provide the email addresses of themselves and their respective participants.  The courtroom deputy shall email all participants with the Zoom link.**

  **IT IS FURTHER ORDERED that persons with remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings.  Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary to the Court.**

**UNITED STATES MAGISTRATE JUDGE**

**Dated:  August 9, 2021**

2